# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY -9 AM 11:41

DEPUTY CLERK __DXS__

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Christopher Lorick (01) | ) | 2:18-MJ-54 |
| William Davis (02) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 8, 2018__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute Five Kilograms or more of Cocaine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Vernon Wilson, TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-9-18

*Judge's signature*

City and state: Amarillo, TX

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:18-MJ-54

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Vernon J. Wilson, being duly sworn, depose and state:

1. I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I was employed for thirty one years (31) with the Amarillo Police Department. I am currently employed with the 47th District Attorney's Office for two (2) years and three (10) months.

2. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

3. This affidavit is made in support of a complaint and arrest warrant for Christopher J LORICK and William D. DAVIS. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4. On May 08, 2018, Potter County Sheriff's Deputy Joshua Newlun was working patrol on Interstate highway 40 in Potter County, Texas. At approximately 2:46 p. m., Deputy Newlun stopped a white 2006 Mercedes Benz displaying a Pennsylvania license plate for unsafe lane change. During the violation, the semi-truck that the vehicle cut in front of had to apply its breaks. Upon making contact with the driver of the vehicle, who was later identified as Christopher J. LORICK and passenger William D. DAVIS, Deputy Newlun noticed indicators of criminal activity. While in the process of issuing LORICK a warning for the traffic violation, Deputy Newlun engaged LORICK and DAVIS in conversation. During this conversation, Trooper found inconsistences with LORICK and DAVIS'S story about their trip. Deputy Newlun observed that both subject's carotid arteries were pulsating. Deputy Newlun asked for consent to search the vehicle and LORICK, owner of the vehicle, granted consent to search the vehicle. Deputy Newlun conducted canine search of the vehicle. Deputy Newlun's canine alerted on the front driver's side door of the vehicle. Deputy Newland stated when DAVIS observed the canine alert on the vehicle DAVIS looked toward the ground and shook his head in shame. During the physical search of the vehicle Deputy Newlun observed tooling marks on the screws that a fix the driver's seat to the vehicle. Deputy Newlun realized that for safety reasons and for the reason of having access to tools that the vehicle should be

taken to the Potter County garage for further investigation. At the garage Deputy Newlun discovered a hidden compartment under the front driver's seat of the vehicle. Upon accessing the compartment Deputy Newlun discovered seventeen bundles of a hard substance. Deputy Newlun arrested LORICK and DAVIS.

5. DEA TFO Kerry Blackerby was assisting Deputy Newlun, and called DEA TFO Vern Wilson who responded along to the Potter County Sheriff's Office garage. TFO'S Wilson and Blackerby interviewed LORICK. TFO Wilson advised LORICK of his *Miranda* warnings. LORICK understood the warnings and invoked his right to speak to an attorney before questioning. The interview was terminated.

6. TFO'S Wilson and Blackerby interviewed DAVIS. TFO Wilson advised DAVIS of his *Miranda* warnings. DAVIS understood the warnings and he stated that he traveled with LORICK to California to see the sights.

7. TFO Wilson weighed and conducted a field-test of the bundles of suspected narcotics. The seventeen bundles weighed approximately 18.1 kilograms, and a sample field-tested positive for cocaine.

_____
Vernon Wilson
DEA TFO

Sworn to before me, and subscribed in my presence

5-9-18 at Amarillo, TX
Date                City and State

Lee Ann Reno U.S. Magistrate Judge          _Lee Ann Reno_
Name and Title of Judicial Officer          Signature of Judicial Officer

_____
Joshua Frausto
Assistant U.S. Attorney

Page 2 of 2