```
                                                        CLERK US DISTRICT COURT
                                                          NORTHERN DIST. OF TX
                                                                  FILED
        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS         2018 MAY -9  AM 11:41
                    AMARILLO DIVISION
                                                    DEPUTY CLERK___DXS_____
```

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 2:18-MJ-54(02) |
| | § |
| WILLIAM DAVIS | § |

### MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. **_Eligibility of Case_**. This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

   _____ A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (18 U.S.C. § 3142(f)(1)(A)).

   _____ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

   __X__ Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

   _____ A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

   _____ A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)).
   Factual predicate in support of this ground:_____
   _____.

   _____ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).
   Factual predicate in support of this ground:

    \_\_\_\_\_ A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).
    \_\_\_\_\_ A felony that involves the possession or use of a firearm or destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).

2. **_Reason for Detention._** The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

    **X**  Defendant's appearance as required.
    **X**  Safety of any other person and the community.

3. **_Rebuttable Presumption._** The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

The presumption applies because:

    **X**  Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)).
    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond. (18 U.S.C. § 3142(e)(1)-(3)).
    \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5). (18 U.S.C. § 3142(e))
    \_\_\_\_\_ Probable cause to believe defendant committed a qualifying offense involving a minor victim. (18 U.S.C. § 3142(e)).

4. **_Time for Detention Hearing._** The United States requests the Court conduct the detention hearing:
    \_\_\_\_\_ At first appearance.
    **X**  After continuance of three days.
    \_\_\_\_\_ After continuance of 10 days under 18 U.S.C. § 3142(d).
    \_\_\_\_\_ Moot at this time as defendant is in state custody. Hearing requested if detention becomes a viable issue.

### *Grounds for 10 day continuance:*

The defendant is, and was at the time the alleged offense was committed:

_____ on release pending trial for a felony under Federal, state, or local law;

_____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law;

_____ on probation or parole for an offense under federal, state, or local law; or

_____ is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20);
and the defendant:

\_\_\_\_\_may flee; or
\_\_\_\_\_pose a danger to any other person or the community.

Dated this 9th day of May, 2018.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: (806) 324-2356
Fax: (806) 324-2399
E-mail: joshua.frausto@usdoj.gov