# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY 11  AM 10:04

DEPUTY CLERK _____

| | | |
|---|---|---|
| United States of America<br>v.<br><br>William Davis (02)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:18-MJ-54 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Davis ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about May 8, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, William Davis, defendant, did knowingly and intentionally possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Date:   05/09/2018

*Issuing officer's signature*

City and state:   Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* May 9, 2018 , and the person was arrested on *(date)* May 8, 2018
at *(city and state)* Amarillo, TX

Date: May 11, 2018

*Arresting officer's signature*

Vernon J Wilson TFO DEA
*Printed name and title*