IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-MJ-54-BR (2) |
| | § | |
| **WILLIAM DAVIS (2)** | § | |
| | § | |
| Defendant. | § | |

## ORDER ON PRELIMINARY EXAMINATION
## AND DETENTION HEARING

On the 16th day of May 2018, the above-referenced case was called for the purpose of a Preliminary Examination and Detention Hearing. The defendant, WILLIAM DAVIS, appeared in person, and with retained counsel, Mr. Eric Coats. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The Defendant waived his Preliminary Examination, and this case is Ordered bound over for presentation to the Grand Jury. The government had previously filed a Motion for Pretrial Detention of defendant. At the hearing, the government withdrew said motion. Based upon the withdrawal of the Motion for Pretrial Detention, the Court finds the defendant should be released on a $25,000 unsecured bond with certain specific conditions of release.

The defendant is Ordered to be released after processing by the United States Marshal.

IT IS SO ORDERED.

ENTERED on May 16, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE