UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:18-MJ-54-BR (2) |
| | § | |
| | § | |
| WILLIAM DAVIS | § | |

## ORDER GRANTING MOTION TO DISMISS

On this day came on to be considered the Government's Unopposed Motion to Dismiss. The Court finds that the motion should be GRANTED.

It is therefore ORDERED that the complaint, be and it is hereby, DISMISSED without prejudice as to William Davis only.

IT IS SO ORDERED.

ENTERED on June 13, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE